UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HONGSEOK SEO,

                    Plaintiff,

        v.

DIRECTOR OF SAN FRANCISCO
ASYLUM OFFICE, et al.,

                    Defendants.

Case No. C26-0287-LK

ORDER GRANTING IN FORMA
PAUPERIS APPLICATION

        Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

§ 1915(a)(1).  Therefore, Plaintiff's IFP application, *see* Dkts. 1 & 5, is GRANTED.  However,

the undersigned recommends review by the assigned District Judge under 28 U.S.C.

§ 1915(e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and

to the assigned District Judge.

        Dated this 4th day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1